1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**OF THE SOUTHER DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE ANTHONY BATTAGLIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ROJAS-NINO, Martha,<br><br>                    Defendant. | Case No.: 07 cr 1424-IEG<br>Hon:Judge Anthony Battaglia<br><br><br>ORDER TO EXONERATE THE<br>MATERIAL WITNESS BOND |

     IT IS ORDERED that the personal surety bond for the five thousand dollars

($5,000.00), which secured the presence of the material witness Dionicio Vargas-Iglesias,

be exonerated.  The deposit of five hundred dollars ($500.00) for the bond be returned to

the surety:

JEANETTE ROSALES

229 COMMON AVE., LA PUENTE, CA 91744

IT IS SO ORDERED.

DATED:  June 29, 2007

_____

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28